# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| KENTRELL HARTON | CIVIL ACTION |
|---|---|
| VERSUS | NO. 13-6757 |
| SHERIFF MARLIN GUSMAN | SECTION "E" |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the lack of objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint be **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this 29th day of August, 2014.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**